**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Stephen J. Gillis | Related Bankruptcy Case: 16–12273 |
| | Chapter 7 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Jenzack Partners, LLC | Adversary Proceeding: 16–01193 |
| Plaintiff | |
| vs. | |
| Stephen J. Gillis | |
| Defendant | |

## NOTICE OF TRIAL

**PLEASE TAKE NOTICE** that a **TRIAL** will be held on **12/12/18 at 09:30 AM** before the Honorable Judge Melvin S. Hoffman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

　　　Complaint(s)

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the trial date. See MLBR 5071–1.

Date:10/3/18　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Regina Brooks
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　617–748–5337

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.