United States Bankruptcy Court
District of Massachusetts

Jenzack Partners, LLC,
    Plaintiff
                                        Adv. Proc. No. 16-01193-msh

Gillis,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: rmb                Page 1 of 1           Date Rcvd: Oct 03, 2018
                          Form ID: aptrial       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 03 2018 23:19:18     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
        Andrew W. Evans   on behalf of Defendant Stephen J. Gillis andrew@evansevanslaw.com,
         aevans@evansevanslaw.com,lmdevansevanslaw@gmail.com,g36335@notify.cincompass.com,
         R56960@notify.bestcase.com,rebecca@evansevanslaw.com,r56960@notify.bestcase.com
        Jonathan H. Allen   on behalf of Plaintiff   Jenzack Partners, LLC jha@pcalaw.net,  ll@pcalaw.net
                                                                                                                                   TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Stephen J. Gillis | Related Bankruptcy Case: 16–12273 |
| | Chapter 7 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Jenzack Partners, LLC | Adversary Proceeding: 16–01193 |
| Plaintiff | |
| vs. | |
| Stephen J. Gillis | |
| Defendant | |

## NOTICE OF TRIAL

**PLEASE TAKE NOTICE** that a **TRIAL** will be held on **12/12/18 at 09:30 AM** before the Honorable Judge Melvin S. Hoffman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

    Complaint(s)

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the trial date. See MLBR 5071–1.

Date: 10/3/18                                                                                                      By the Court,

                                                                                  <u>Regina Brooks</u>
                                                                                 Deputy Clerk
                                                                                  617–748–5337

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.